Electronically Filed: January 4, 2019

William E. Peterson (Nevada Bar No. 1528)
Nathan G. Kanute (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5440
Fax: (775) 785-5441
Email: wpeterson@swlaw.com
       nkanute@swlaw.com

*Attorneys for Defendants, as identified below*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>ALFRED J.R. VILLALOBOS, an individual,<br><br>☐ Affects this Debtor<br>☒ Affects all Debtors<br>☐ Affects Arvco Capital Research, LLC<br>☐ Affects Arvco Financial Ventures, LLC<br>☐ Affects Arvco Art, Inc.<br><br>Debtors.<br><br>CHRISTINA W. LOVATO, in her capacity as the CHAPTER 7 TRUSTEE for ARVCO CAPITAL RESEARCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APOLLO MANAGEMENT VII, L.P., APOLLO INVESTMENT FUND VII, L.P., APOLLO CREDIT OPPORTUNITY MANAGEMENT LLC, and APOLLO CREDIT OPPORTUNITY FUND I, L.P.,<br><br>Defendants. | Bankruptcy No.: 3:10-bk-52248-gwz<br><br>Chapter 7<br><br>Adv. Proceeding No. 3:13-ap-05017-gwz<br><br>**NOTICE OF ENTRY OF ORDER** |

1

4819-9828-3141

PLEASE TAKE NOTICE that an Order [Doc. 213] was entered in the above-referenced adversary proceeding on January 3, 2019. A copy of said Order is attached as **Exhibit 1.**

Dated: January 4, 2019

        SNELL & WILMER L.L.P.

By:    /s/ Nathan G. Kanute
      William E. Peterson (Nevada Bar No. 1528)
      Nathan G. Kanute (Nevada Bar No. 12413)
      50 West Liberty Street, Suite 510
      Reno, NV 89501

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
Andrew J. Ehrlich (aehrlich@paulweiss.com)
(admitted *pro hac vice*)
Gregory F. Laufer (glaufer@paulweiss.com)
(admitted *pro hac vice*)
Evan A. Kubota (ekubota@paulweiss.com)
(admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendants Apollo Management VII, L.P., Apollo Investment Fund VII, L.P., Apollo Credit Opportunity Management LLC, and Apollo Credit Opportunity Fund I, L.P.*

4819-9828-3141

# CERTIFICATE OF SERVICE

I served a true and correct copy of the **NOTICE OF ENTRY OF ORDER** in the above matter, via the Court's ECF System, on this date to the persons as listed below:

**HOLLY E. ESTES**
ESTES LAW
605 Forest Street
RENO, NV 89509
Email: hesteslaw@gmail.com

**MARC E. ROHATINER**
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 W. OLYMPIC BLVD., NINTH FLOOR
LOS ANGELES, CA 90064
Email: mrohatiner@wrslawyers.com
*LEAD ATTORNEY*

**JOHN M. SAMBERG**
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
5594-B LONGLEY LANE
RENO, NV 89511
Email: jsamberg@wrslawyers.com
*LEAD ATTORNEY*

DATED this 4th day of January, 2019.

                                                /s/ Lara J. Taylor
                                                  Lara J. Taylor

4819-9828-3141

# EXHIBIT 1 - Order

# EXHIBIT 1 - Order



_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
January 03, 2019

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

ALFRED J.R. VILLALOBOS,

☐ Affects this Debtor
☒ Affects all Debtors
☐ Affects Arvco Capital Research, LLC
☐ Affects Arvco Financial Ventures, LLC
☐ Affects Arvco Art, Inc.

Debtors

_____

CHRISTINA LOVATO, Et Al

Plaintiff,

vs.

APOLLO MANAGEMENT VII, L.P., Et Al.

Defendants.

Bankruptcy No.: 3:10-bk-52248-gwz

Chapter 7

Adv. Proceeding No. 3:13-ap-05017-gwz

**ORDER**

This matter having come before the Court pursuant to *Joint Motion for Approval of Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion") filed by Defendants, Apollo Management VII, L.P., Apollo Investment Fund VII, L.P., Apollo Credit Opportunity Management LLC, and Apollo Credit Opportunity Fund I, L.P. (collectively, "Defendants") and Plaintiff, Christina Lovato, in her capacity as the Chapter 7 Trustee for Arvco

4824-0217-9451

Capital Research, LLC (the "Trustee"); the Court having considered the Settlement Agreement between Defendants and the Trustee, as attached to the Motion; no objection to the Motion having been received; the Court having conducted a hearing on the Motion at which no party appeared to oppose the Motion; and good cause appearing therefor:

**THE COURT HEREBY FINDS** that:

A.  The relief requested in the Motion is in the best interest of Debtor's estate, creditors, and other parties in interest;

B.  The Settlement Agreement is reasonable and in the best interests of the Debtor's estate, creditors, and other parties in interest;

C.  Due and proper notice of the Motion and the hearing have been given and no further notice need be provided;

D.  No objections to the Motion were timely filed or received; and

E.  The Court further incorporates all of the findings set forth on the record at the hearing on the Motion, as if fully set forth herein.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1.  The Motion is **GRANTED** in its entirety;

2.  The Settlement Agreement is authorized and approved, the terms of which are incorporated herein by reference;

3.  Adversary case number 3:13-ap-05017-gwz shall be closed upon the entry of this Order; and

4.  Defendants Claim No. 26, as amended, in the administrative case, 10-52248-gwz, is hereby deemed withdrawn upon the entry of this Order.

**DATED AND SIGNED ABOVE**

4824-0217-9451

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**Approved / Disapproved/ FAILED TO RESPOND**

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

By: _____
    Marc E. Rohatiner, Esq.
    11400 W. Olympic Blvd., Ninth Floor
    Los Angeles, CA 90064

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Respectfully Submitted By:

SNELL & WILMER L.L.P.

    /s/ Nathan G. Kanute
William E. Peterson (Nevada Bar No. 1528)
Nathan G. Kanute, Esq. (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
50 W. Liberty St., Suite 510
Reno, NV 89501
*Attorneys for Defendants*

- 2 -

4824-0217-9451